AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

US
_Plaintiff_
v.
STEVEN VAUGHN
_Defendant_

Case No. 22-cr-00189

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Date: 6-23-22

_Attorney's signature_

TARIQ KARM ELSHABAZZ #55258
_Printed name and bar number_

100 S. BROAD ST. SUITE 2121 PHILA, PA
_Address_

ELshabazzLAWLLC@gmail
_E-mail address_

(215) 972-7017
_Telephone number_

(215) 972-8701
_FAX number_