IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO. 22.189.01 |
| | : | |
| STEVEN BALL-VAUGHN | : | |

## ORDER

**AND NOW,** this          day of August, 2022, the Court being advised that the defense needs additional time to review the discovery, consult with the defendant and enter into discussions with the government, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to Title 18 U.S.C. § 3161(h)(7)(A),(B) and (C), it is hereby **ORDERED** that the defense motion for continuance of the trial is **GRANTED**.

Trial in this matter shall begin on the          day of                    ,2022.

BY THE COURT:

_____
JUDGE JOEL H. SLOMSKY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO 22.189.01 |
| | : | |
| STEVEN BALL-VAUGHN | : | |

## UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

Defendant, Steven Ball-Vaughn, through his counsel Tariq Karim El-Shabazz, Esq. respectfully requests that the Court continue the trial for a period of, not less than, 90 days. In support of this request, it is stated:

1. On June 16, 2022, Mr. Ball-Vaughn was indicted in a three-count indictment charging the defendant with one count of Bank Fraud, in violation of 18 U.S.C. § 1322 and two counts of Theft of Government Money, in violation of 18 U.S.C. § 641.

2. Trial in this matter is scheduled on August 30, 2022.

3. Additional time is requested to allow counsel to fully review discovery, consult with the defendant and effectively investigate and prepare for trial.

4. Failure to grant this request would deny counsel for the defendant the opportunity to explore a non-trial disposition of the matter with the government.

5. Failure to grant the continuance would deny counsel for the defendant the reasonable time necessary to effectively prepare to represent the defendant in this matter.

6. Under the Speedy Trial Act, Title 18 U.S.C. § 3161(h)(7)(A), (B) and (C), the period of delay resulting from a continuance is excludable where granting the continuance serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

7. Failure to grant this request for continuance would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(1).

8. Defendant's undersigned counsel has spoken with the defendant who advised that he has no objection to this request.

9. Counsel has spoken the Assistant United States Attorney, Timothy M. Lanni, who does not oppose this Motion.

**WHEREFORE**, for the foregoing reasons, the defendant respectfully requests that this motion be granted and the trial be continued for, not less than, 90 days.

Respectfully submitted,


 /s/ Tariq Karim El-Shabazz
Tariq Karim El-Shabazz, Esq.
Counsel for Defendant Steven Ball-Vaughn

# **CERTIFICATE OF SERVICE**

I, Tariq Karim El-Shabazz, hereby certify that I have served a copy of the Defendant's Unopposed Motion to Continue Trial electronically through this Court's Electronic Case Filing upon Timothy M. Lanni, Assistant United States Attorney, Suite 1250 – United States Attorney's Office, 615 Chestnut Street, Philadelphia, PA 19106.

/s/ Tariq Karim El-Shabazz
Tariq Karim El-Shabazz, Esq.
Counsel for Defendant Steven Ball-Vaughn