EL-SHABAZZ + HARRIS, LLC
By: Tariq Karim El-Shabazz, Esq.
Attorney I.D. #55258
100 South Broad Street, Suite 2121
Philadelphia, PA 19107
(215) 972-7017

                                      **Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

VS.      :   CRIMINAL NO. 22-cr-189

STEVEN BALL VAUGHN      :

### ORDER

      **AND NOW,** this _____ day of _____, 2022 Defendant's Motion for Continuance Of Trial is hereby Granted, and Trial is scheduled for _____, 2022 at _____ am.

                                    BY THE COURT

                                    _____ J.

EL-SHABAZZ + HARRIS, LLC
By: Tariq Karim El-Shabazz, Esq.
Attorney I.D. #55258
100 South Broad Street, Suite 2121
Philadelphia, PA 19107
(215) 972-7017

                                **Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATRES OF AMERICA | : | |
|---|---|---|
| VS. | : | CRIMINAL NO. 22-cr-189 |
| STEVEN BALL VAUGHN | : | |

## DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL

NOW COMES the Defendant, Steven Ball Vaughn by and through his attorney, Tariq Karim El-Shabazz, hereby averts:

1. That this matter is scheduled for Trial before President Judge Joel H. Slomsky Court on Monday, December 12, 2022.

2. That the assigned AUSA Timothy Lanni and I are currently in discussion and joins in this continuance request.

3. That said continuance is necessary so that Mr. Vaughn can be represented effectively and avail himself of all available options.

4. Counsel needs to continue for 90 days for plea negotiations.

5. That the Defendant is willing to waive his rights to a Speedy Trial pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161.

6. That said request is in the interest of justice.

WHEREFORE, Defendant respectfully requests that this Honorable Court grants the within Motion.

>Respectfully submitted,
>
>_____
>TARIQ KARIM EL-SHABAZZ

## CERTIFICATE OF SERVICE

I, Tariq Karim El-Shabazz, Esquire, hereby certifies that a true and correct copy of the within Motion for Continuance of Trial has been electronically filed and served upon.

Timothy M. Lanni
Assistant United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476

_____
TARIQ KARIM EL-SHABAZZ, ESQUIRE
Attorney for Defendant
100 South Broad Street, Suite 2121
Philadelphia, PA  19110
(215) 972-7017 (215) 972-7087 (Fax)