# SPEEDY TRIAL WAIVER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22.cr.189.01 |
| | : | |
| vs. | : | |
| | : | |
| STEVEN BALL-VAUGHN | : | HON. JOEL H. SLOMSKY |
| | : | |

I, _Steven J. Ball-Vaughn_, defendant, have consulted with my counsel Concerning my right under the Speedy Trial Act and my right to a speedy trial under the Sixth Amendment to the U.S. Constitution. I am requesting a continuance of my trial. I agree that the ends of justice served by a continuance outweigh the best interest of the public and myself in a speedy trial. I also agree that the delay by the continuance will not deprive me of my speedy trial rights under the Sixth Amendment.

Attorney for Defendant                                        Defendant

_[signature]_                                                 _[signature]_

Date: 12/6/22