IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEVEN BALL-VAUGHN | : | No. 22-189-01 |

## TRIAL NOTICE

**TAKE NOTICE** that the above captioned matter is scheduled for **TRIAL** on **MARCH 13, 2023 at 9:30 a.m.** and a **PRE-TRIAL MOTION HEARING** on **FEBRUARY 22, 2023 at 9:30 a.m.**   before the Honorable Joel H. Slomsky in , 13th floor  of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒  **Court Summons: This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☒  **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒  **Hearing rescheduled from: DECEMBER 12, 2022**

Matthew J. Higgins
Courtroom Deputy to
Hon. Joel H. Slomsky
Phone: 267-299-7349

Date:   December 6, 2022

cc via email:        T. EL-SHABAZZ, ESQ. Defense Counsel
T. LANNI, AUSA
U.S. Marshal
Court Security
Probation Office
Pretrial Services
Interpreter Coordinator